Michael H. Artan (State Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Tele: 213/688-0370 Fax: 213/627-9201
Email: michaelartan@yahoo.com

*Counsel for Defendant*
*Artak Vardanyan*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ARTAK VARDANYAN,<br><br>  Defendant.<br>_____/ | Case No.: 1:19-cr-00178-DAD-BAM-2<br><br>**DEFENDANT ARTAK VARDANYAN'S WAIVER OF PERSONAL PRESENCE; ORDER** |

**TO THE CLERK OF COURT, PARTIES AND COUNSEL:**

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Artak Vardanyan, having been advised of his right to be present at all stages of the proceedings in this case, respectfully requests that this Court proceed in his absence on every occasion the Court may permit, pursuant to this waiver.

Defendant agrees his interests shall be represented at all times by the presence of his counsel, Michael H. Artan, the same as if Defendant were personally present, and requests that the Court allow his counsel, Michael H. Artan, to represent his interests at all times. Defendant further agrees notice to his counsel, Michael H. Artan, that Defendant's presence is required will be deemed

notice to the Defendant of the requirement of Defendant's appearance at the time and place as noticed.

Dated: October 28, 2019

Respectfully submitted,

/s/ Original Signature On File
_____
Artak Vardanyan
Defendant

Dated: October 28, 2019

/s/ Michael H. Artan
_____
Michael H. Artan
*Counsel for Defendant*
*Artak Vardanyan*

## ORDER

Good cause appearing, based on the Defendant's waiver and request,

**IT IS HEREBY ORDERED** that Defendant Artak Vardanyan's presence may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **October 30, 2019**             /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE