McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ARTAK VARDANYAN,<br><br>  Defendant. | CASE NO. 1:19-CR-00178-DAD-BAM<br><br>STIPULATION TO CONTINUE CONTESTED HEARING; ORDER<br><br>DATE: May 1, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Pretrial Services filed a Violation Petition in this matter on April 23, 2020. The Petition alleges that defendant violated his pretrial release condition prohibiting drug use by using marijuana and opioids.

2. Defendant appeared before the Court on the Petition on April 27, 2020. Defendant entered his denial to the allegations. The Court set a contested hearing for May 1, 2020, with the understanding that the parties would confer and determine issues in dispute and whether the contested hearing should be continued.

3. The parties have conferred and request that the contested hearing be continued to May 27, 2020. Defendant and his counsel are determining whether to admit or contest the violation. At the

1

April 27 hearing, the Court authorized Pretrial Services to release the documentation from defendant's drug tests to both defendant and the government.  Shortly after the hearing, Pretrial Services provided the documents.  The parties require time to analyze the documents, determine whether this matter will be contested, and identify and coordinate witnesses for a contested hearing, if necessary.

4. Accordingly, the parties request continuance of the contested hearing on defendant's alleged pretrial violation to May 27, 2020 at 2:00 p.m. before Judge Erica P. Grosjean.

IT IS SO STIPULATED.

Dated:  April 29, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ VINCENTE A. TENNERELLI
VINCENTE A. TENNERELLI
Assistant United States Attorney

Dated:  April 29, 2020

/s/ MICHAEL ARTAN
MICHAEL ARTAN
Counsel for Defendant
Artak vardanyan

**ORDER**

IT IS SO ORDERED.

Dated:  __**April 29, 2020**__

UNITED STATES MAGISTRATE JUDGE

2