PHILLIP A. TALBERT
Acting United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00178-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| AKOP DONGELYAN AND ARTAK VARDANYAN, | DATE: November 10, 2021<br>TIME: 1:00 p.m.<br>COURT: Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsels of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 10, 2021.

2. By this stipulation, defendants now move to continue the status conference until January 12, 2022, and to exclude time between November 10, 2021, and January 12, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, financial records, and surveillance footage and exceeds 33,000 pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to conduct investigation and

research related to the charges, to conduct investigation and research related to the charges, to review discovery for this matter, and to discuss possible resolutions with the government and the defendants.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 10, 2021 to January 12, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 3, 2021                         PHILLIP A. TALBERT
                                                Acting United States Attorney


                                                /s/ VINCENTE A. TENNERELLI
                                                VINCENTE A. TENNERELLI
                                                Assistant United States Attorney

Dated: November 3, 2021                         /s/ RICHARD M. OBERTO
                                                RICHARD M. OBERTO
                                                Counsel for Defendant
                                                AKOP DONGELYAN AND
                                                ARTAK VARDANYAN

Dated: November 3, 2021                         /s/ MICHAEL H. ARTAN
                                                MICHAEL H. ARTAN
                                                Counsel for Defendant
                                                ARTAK VARDANYAN

## ORDER

IT IS SO ORDERED that the status conference is continued from November 10, 2021, to **January 12, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). <u>However, in any request for a continuance, the parties shall explain when they will be ready to set a trial date.</u>

IT IS SO ORDERED.

Dated:   **November 3, 2021**                   /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE