PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00178-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| AKOP DONGELYAN AND ARTAK VARDANYAN, | DATE: August 24, 2022
TIME: 1:00 p.m.
COURT: Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsels of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 24, 2022.

2. By this stipulation, defendants now move to vacate the August 24, 2022 status conference and set the case for trial starting February 28, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, financial records, and surveillance footage and exceeds 33,000 pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to conduct investigation and research related to the charges, to conduct investigation and research related to the charges, to review discovery for this matter, and to discuss possible resolutions with the government and the defendants.  All parties will be ready for trial beginning the week of February 27, 2023.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 24, 2022 to February 28, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.

Dated:  August 17, 2022          PHILLIP A. TALBERT
                     United States Attorney

                     /s/ ALEXANDRE DEMPSEY
                     ALEXANDRE DEMPSEY
                     Assistant United States Attorney

Dated:  August 17, 2022                           /s/ RICHARD M. OBERTO
                                                                               RICHARD M. OBERTO
                                                                               Counsel for Defendant
                                                                               AKOP DONGELYAN AND
                                                                               ARTAK VARDANYAN

Dated:  August 17, 2022                           /s/ MICHAEL H. ARTAN
                                                                               MICHAEL H. ARTAN
                                                                               Counsel for Defendant
                                                                               ARTAK VARDANYAN

## **ORDER**

IT IS SO ORDERED that the status conference set for August 24, 2022, is vacated. A jury trial is set for **February 28, 2023, at 8:30 a.m. before District Judge Dale A. Drozd**. Estimated time of trial is **3 days**. A trial confirmation is set for **February 13, 2023, at 9:00 a.m. before District Judge Dale A. Drozd**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **August 17, 2022**                           /s/ Barbara A. McAuliffe
                                                                                       UNITED STATES MAGISTRATE JUDGE