Michael H. Artan (State Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Tele: 213/688-0370 Fax: 213/627-9201
Email: michaelartan@yahoo.com

*Counsel for Defendant
Artak Vardanyan*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ARTAK VARDANYAN,<br><br>   Defendant.<br>_____/ | Case No.: 1:19-cr-00178-ADA-BAM-2<br><br>**STIPULATION TO MODIFY DEFENDANT ARTAK VARDANYAN'S DRUG TESTING CONDITION OF RELEASE [DOCUMENT 10]; AND ORDER** |

**TO THE CLERK OF COURT, PARTIES AND COUNSEL:**

   Defendant Artak Vardanyan, by his counsel, and plaintiff United States of America, by its counsel, hereby stipulate as follows:

   1.   On September 18, 2019 this Court issued its Order Setting Conditions of Release ("Order") as to Mr. Vardanyan [Document 10]; included within the Additional Conditions of Release in the Order is the following requirement: Defendant shall "Submit to drug or alcohol testing as approved by the PSO." [Document 10, Section (7)(j)]

   2.   Based on his level of compliance with the drug testing condition and his continued compliance on Pretrial Services supervision, Mr. Vardanyan requested removal of the drug testing condition.

3. Defendant's pretrial supervising officer in the Central District of California, and Brian J. Bedrosian—Supervising United States Pretrial Services Officer, and Alexandre Dempsey—counsel for the government, have all been in communication on the subject of whether the drug testing condition be removed.

4. Pretrial Services supports Mr. Vardanyan's request for removal of the drug testing condition—and that condition alone.

5. Based on the above, the parties agree that the above-described drug testing condition [Document 10, Section (7)(j)] should be removed; however, all other conditions of the Order are to remain in full force and effect.

**IT IS SO STIPULATED.**

Respectfully submitted,

Phillip A. Talbert
United States Attorney

Dated: September 21, 2022    By: /s/ Alexandre Dempsey
_____
Alexandre Dempsey
Assistant United States Attorney
*Attorney for Plaintiff*
 *United States of America*

Dated: September 21, 2022    /s/ Michael H. Artan
_____
Michael H. Artan
*Counsel for Defendant*
*Artak Vardanyan*

/ / /

/ / /

/ / /

## **ORDER**

Good cause appearing, based on the parties' agreement and stipulation,

**IT IS HEREBY ORDERED** that Defendant Artak Vardanyan's above-described drug testing condition [Document 10, Section (7)(j)] is hereby removed;

**IT IS FURTHER ORDERED,** all other conditions of Defendant's release are to remain in full force and effect.

IT IS SO ORDERED.

Dated:   **September 21, 2022**          /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE