PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>AKOP DONGELYAN AND ARTAK VARDANYAN,<br><br>                    Defendant. | CASE NO. 1:19-CR-00178-ADA-BAM<br><br>STIPULATION TO VACATE TRIAL, SET CHANGE OF PLEA HEARING;  FINDINGS AND ORDER<br><br>DATE: June 27, 2023<br>TIME: 08:30 a.m.<br>COURT: Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsels of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation on June 5, 2023, and trial on June 27, 2023.

2. By this stipulation, defendants now move to vacate the June 27, 2023 trial date and associated trial confirmation date and set the case for a change of plea on July 10, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a) As the defendants do not intend on going to trial, the parties request that the trial dates be vacated.  Vacating the trial dates will conserve judicial resources for a case that has been resolved.

   b) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 27, 2023 to July 10, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  May 30, 2023        PHILLIP A. TALBERT
                 United States Attorney

                 /s/ ALEXANDRE DEMPSEY
                 ALEXANDRE DEMPSEY
                 Assistant United States Attorney

Dated:  May 30, 2023        /s/ GEORGE MGDESYAN
                 GEORGE MGDESYAN
                 Counsel for Defendant
                 AKOP DONGELYAN

Dated:  May 30, 2023        /s/ MICHAEL H. ARTAN
                 MICHAEL H. ARTAN
                 Counsel for Defendant
                 ARTAK VARDANYAN

IT IS SO ORDERED.

 Dated:   May 30, 2023              _____
                 UNITED STATES DISTRICT JUDGE