Michael H. Artan (State Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Tele:  213/688-0370 Fax: 213/627-9201
Email: michaelartan@yahoo.com

*Counsel for Defendant*
*Artak Vardanyan*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARTAK VARDANYAN,<br><br>　　　　Defendant.<br>_____/ | Case No.: 1:19-cr-00178-ADA-BAM-2<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>**Before the Honorable Ana De Alba United States District Judge**<br><br>Current Date: October 16, 2023<br>Requested Date: January 8, 2024 |

**TO THE CLERK OF COURT, PARTIES AND COUNSEL:**

　　Defendant Artak Vardanyan, by his counsel, and plaintiff United States of America, by its counsel, hereby stipulate as follows:

　　1.　The Sentencing Hearing in this matter is presently set for October 16, 2023.

　　2.　The parties are seeking to continue the Sentencing Hearing in this matter to January 8, 2024.

　　3.　Counsel for the defendant has scheduling conflicts that support the requested continued date. Counsel has a trial set on October 24, 2023; *John*

STIPULATION TO CONTINUE SENTENCING HEARING; AND [PROPOSED] ORDER - 1

*Hermann v. County of San Bernardino,* Central District of California Case Number Case Number 5:20-cv-01682-JAK-SP; the pretrial work will take up most of October 2023. Counsel is also set for trial on November 7, 2023 in *United States v. Bahram Tabibian,* Central District of California Case Number Case Number 8:21-cr-00166-AB; this pretrial work will also take up much of October 2023. Counsel is also awaiting a final November 2023 sentencing date for the matter *United States v. Diaz,* Eastern District of New York Case Number 1:21-cr-00403-ARR.

4. Through some miscommunication the Presentence Investigation Interview was not set in a timely way.

5. Counsel for the government and the Supervisory United States Probation Officer for this District both agree to the requested continuance.

6. The Courtroom Deputy for this Court has confirmed that the requested date is available.

**IT IS SO STIPULATED.**

Dated:  August 23, 2023         By:   /s/ Michael H. Artan
                                      _____
                                      Michael H. Artan
                                      *Counsel for Defendant*
                                      *Artak Vardanyan*


                                      Phillip A. Talbert
                                      United States Attorney

Dated:  August 23, 2023         By:   /s/ Joseph Barton
                                      _____
                                      Joseph Barton
                                      Assistant United States Attorney
                                      *Attorney for Plaintiff*
                                      United States of America

**ORDER**

Based on the above stipulation and good cause appearing for the relief sought,

**IT IS HEREBY ORDERED** that the Sentencing Hearing presently set for October 16, 2023 at 8:30 a.m. be continued to **January 8, 2024 at 8:30 a.m.**;

IT IS SO ORDERED.

Dated:   August 24, 2023                                     _____
                                                                                  UNITED STATES DISTRICT JUDGE