Michael H. Artan (State Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Tele:  213/688-0370 Fax: 213/627-9201
Email: michaelartan@yahoo.com

*Counsel for Defendant*
*Artak Vardanyan*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-cr-00178-NODJ-BAM-2 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER** |
| v. | |
| ARTAK VARDANYAN, | |
| Defendant. | Current Date: January 8, 2024 |
| _____/ | Requested Date: February 12, 2024 |

**TO THE CLERK OF COURT, PARTIES AND COUNSEL:**

Defendant Artak Vardanyan, by his counsel, and plaintiff United States of America, by its counsel, hereby stipulate as follows:

1. The Sentencing Hearing in this matter is presently set for January 8, 2024.

2. The parties are seeking to continue the Sentencing Hearing in this matter to February 12, 2024.

3. Defense counsel has scheduling conflicts that support the requested continued date. On December 11, 2023, defense counsel appeared on behalf of a

recently indicted and recently added co-defendant [*United States v. Vincent A. Mazzotta,* Central District of California Case Number 2:22-cr-00276-DSF]. At the initial appearance Mr. Mazzotta was ordered to appear for a December 18, 2023 status conference. However, defense counsel must be in Brooklyn, NY on December 18, 2023 for a December 19, 2023 sentencing. [*United States v. Diaz,* Eastern District of New York Case Number 1:21-cr-00403-ARR.]

4. January 8, 2024 is a status conference date already set in the *Mazzotta* matter and the parties wish to hold that January 8, 2024 date in place of the December 18, 2023 date.

5. Counsel for the government agrees to the requested continuance.

6. The Courtroom Deputy for this Court has confirmed that the requested date is available.

**IT IS SO STIPULATED.**

Dated:  December 12, 2023          By:   /s/ Michael H. Artan
                                          _____
                                          Michael H. Artan
                                          *Counsel for Defendant*
                                          *Artak Vardanyan*


                                          Phillip A. Talbert
                                          United States Attorney

Dated:  December 12, 2023          By:   /s/ Joseph Barton
                                          _____
                                          Joseph Barton
                                          Assistant United States Attorney
                                          *Attorney for Plaintiff*
                                          *United States of America*

## ORDER

Based on the above stipulation and good cause appearing for the relief sought,

**IT IS HEREBY ORDERED** that the Sentencing Hearing presently set for January 8, 2024 at 8:30 a.m. be continued to **February 12, 2024 at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: __**December 13, 2023**__      /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE