Michael H. Artan (State Bar No. 97393)
35 North Lake Avenue, Suite 710
Pasadena, CA 91101
Tele: 213/688-0370 Mobile: 213/407-2985
Email: michaelartan@yahoo.com

*Counsel for Defendant*
*Artak Vardanyan*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-cr-00178-CRB-BAM-2 |
| Plaintiff, | **DEFENDANT'S *UNOPPOSED* APPLICATION TO EXTEND TIME TO SURRENDER; DECLARATION OF COUNSEL; ORDER** |
| v. | |
| ARTAK VARDANYAN, | |
| Defendant. | Sentencing: February 12, 2024 |
| _____/ | |

**TO THE CLERK OF COURT, PARTIES AND COUNSEL:**

Defendant Artak Vardanyan, by and through his counsel, hereby applies to extend his Bureau of Prisons (BOP) self-surrender date from April 8, 2024 for thirty days because the BOP has not yet designated Defendant's facility.

The government does ***not oppose*** the relief sought.

Respectfully submitted,

Dated: April 3, 2024

/s/ Michael H. Artan

_____

Michael H. Artan
*Counsel for Defendant*
*Artak Vardanyan*

## DEFENDANT ARTAK VARDANYAN'S *UNOPPOSED* APPLICATION TO EXTEND TIME TO SURRENDER

### I.  APPLICATION AND RELEVANT FACTS

On February 12, 2024, Defendant Artak Vardanyan, was sentenced to an eleven-month term of imprisonment and ordered to self-surrender to the BOP by April 8, 2024, or to the U.S. Marshal if not yet designated. The BOP has not yet designated Defendant's place of imprisonment. Reporting to the U.S. Marshal rather than a designated facility is a more onerous experience for defendants. Defendant therefore requests a thirty-day extension to report to a designated facility.

*The government does not oppose the relief sought.* This morning, Assistant U.S. Attorney Joseph Barton emailed undersigned counsel as follows: "Okay by me to extend the self-surrender date by another 30 days.  But no more after that."

### II. THE COURT IS EMPOWERED TO GRANT THE RELIEF SOUGHT

Courts possess the "inherent power" to control their docket and calendar. *Landis v. North American Co.,* 299 U.S. 248, 254-255, 57 S.Ct. 163, 165-166 (1936); *Mediterranean Enterprises, Inc. v. Ssangyong Constr. Co., Ltd.,* 708 F.2d 1458, 1465 (9th Cir. 1983).

### III.   CONCLUSION

For the above reasons, Defendant seeks to extend his Bureau of Prisons (BOP) self-surrender date from April 8, 2024 for thirty days.

Respectfully submitted,

Dated:  April 3, 2024

/s/ Michael H. Artan

_____

Michael H. Artan
*Counsel for Defendant*
*Artak Vardanyan*

## <u>DECLARATION OF MICHAEL H. ARTAN</u>

I, Michael H. Artan, declare:

     1.    I am defendant Artak Vardanyan's lawyer in this case. I make this declaration in support of the above application.  Unless otherwise stated, I have personal knowledge of the facts set forth below, and if called to testify, I could and would testify to the truth of these facts.

     2.    On February 12, 2024, Defendant Artak Vardanyan, was sentenced to an eleven-month term of imprisonment and ordered to self-surrender to the BOP by April 8, 2024, or to the U.S. Marshal if not yet designated.

     3.    I am informed and believe the BOP has not yet designated Defendant's place of imprisonment.

     4.    Reporting to the U.S. Marshal rather than a designated facility is a more onerous experience for defendants. Defendant therefore requests a thirty-day extension to report to a designated facility.

     5.    The government ***does not oppose the relief sought.*** This morning Assistant U.S. Attorney Joseph Barton emailed me as follows: "Okay by me to extend the self-surrender date by another 30 days.  But no more after that."

     I declare under penalty of perjury that the above is true and correct and that his declaration is executed at Los Angeles, California, on April 3, 2024.

/s/ Michael H. Artan

_____

Michael H. Artan

# ORDER

Based on the above application and good cause appearing for the relief sought,

**IT IS HEREBY ORDERED** that the Defendant's self-surrender date is extended from April 8, 2024 to May 8, 2024.

**IT IS SO ORDERED.**

DATED:  April 3, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE