PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00178-NODJ-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| AKOP DONGELYAN, and ARTAK VARDANYAN, | |
| Defendants. | |

On January 8, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreements and the Application for Preliminary Order of Forfeiture and Publication Thereof forfeiting to the United States the following property:

    a. Gray and red skimming device,
    b. Gray and blue skimming device,
    c. Apple iPhone, model A1533, IMEI: 013969004137023,
    d. Apple iPhone, model A1549, IMEI: 359305067376566,
    e. Approximately 141 counterfeit access cards,
    f. Six access cards issued to Artak Vardanyan,
    g. Two Holiday Inn Express key cards,
    h. Three access card skimming device,
    i. All miscellaneous documents, receipt, and papers seized in this case,
    j. A personal money judgment against Akop Dongelyan for $198,602.00, and
    k. A personal money judgment against Artak Vardanyan for $198,602.00.

Beginning on February 14, 2024, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.	A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), including all right, title, and interest of Akop Dongelyan and Artak Vardanyan.

2.	All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.	The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **April 17, 2024**                               _____
                                                          UNITED STATES DISTRICT JUDGE