Michael H. Artan (State Bar No. 97393)
35 North Lake Avenue, Suite 710
Pasadena, CA 91101
Tele:  213/688-0370 Mobile: 213/407-2985
Email: michaelartan@yahoo.com

*Counsel for Defendant*
*Artak Vardanyan*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-cr-00178-NODJ-BAM-2 |
| Plaintiff, | **DEFENDANT'S APPLICATION TO EXTEND TIME TO SURRENDER; DECLARATION OF COUNSEL; ORDER** |
| v. | |
| ARTAK VARDANYAN, | |
| Defendant. | Sentencing: February 12, 2024 |
| _____/ | |

**TO THE CLERK OF COURT, PARTIES AND COUNSEL:**

Defendant Artak Vardanyan, by and through his counsel, hereby applies to extend his Bureau of Prisons (BOP) self-surrender date from May 8, 2024 for thirty days for the reasons set forth below.

The government does not agree to the relief sought.

Respectfully submitted,

Dated:  May 3, 2024

/s/ Michael H. Artan

_____

Michael H. Artan
*Counsel for Defendant*
*Artak Vardanyan*

## DEFENDANT ARTAK VARDANYAN'S
## APPLICATION TO EXTEND TIME TO SURRENDER

### I.  APPLICATION AND RELEVANT FACTS

On February 12, 2024, Defendant Artak Vardanyan, was sentenced to an eleven-month term of imprisonment and ordered to self-surrender to the BOP by April 8, 2024, or to the U.S. Marshal if not yet designated. In the Judgment, the Court had recommended:

> "The court makes the following recommendations to the
> Bureau of Prisons: The court recommends that the defendant
> be incarcerated in a California facility, but only insofar as this
> accords with security classification and space availability."

With the government's prior agreement, the Court extended the reporting time to May 8, 2024.

The defendant requests an additional thirty days to report for service of his sentence for the following reasons:

- Defendant has now been designated to serve his sentence in Big Spring, Texas; and
- Defendant's wife underwent outpatient surgery on April 30, 2024; and
- Defendant's father-in-law in Armenia is in the ICU having suffered a stroke.

The government does not agree to the relief sought.

### II. THE COURT IS EMPOWERED TO GRANT THE RELIEF SOUGHT

Courts possess the "inherent power" to control their docket and calendar. *Landis v. North American Co.,* 299 U.S. 248, 254-255, 57 S.Ct. 163, 165-166 (1936); *Mediterranean Enterprises, Inc. v. Ssangyong Constr. Co., Ltd.,* 708 F.2d 1458, 1465 (9th Cir. 1983).

### III.   CONCLUSION

For the above reasons, Defendant seeks to extend his Bureau of Prisons (BOP) self-surrender date from May 8, 2024 for thirty days.

Respectfully submitted,

Dated:  May 3, 2024                          /s/ Michael H. Artan

_____

Michael H. Artan
*Counsel for Defendant*
*Artak Vardanyan*

## <u>DECLARATION OF MICHAEL H. ARTAN</u>

I, Michael H. Artan, declare:

1. I am defendant Artak Vardanyan's lawyer in this case. I make this declaration in support of the above application.  Unless otherwise stated, I have personal knowledge of the facts set forth below, and if called to testify, I could and would testify to the truth of these facts.

2. On February 12, 2024, Defendant Artak Vardanyan, was sentenced to an eleven-month term of imprisonment and ordered to self-surrender to the BOP by April 8, 2024, or to the U.S. Marshal if not yet designated. In the Judgment, the Court had recommended:

> "The court makes the following recommendations to the Bureau of Prisons: The court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability."

3. With the government's prior agreement, the Court extended the reporting time to May 8, 2024.  The defendant requests an additional thirty days to report for service of his sentence for the following reasons:

- Defendant has now been designated to serve his sentence in Big Spring, Texas;
- Defendant's wife underwent outpatient surgery on April 30, 2024, I have reviewed the discharge instructions myself;
- Defendant's father-in-law in Armenia is in the ICU having suffered a stroke; translated medical records are attached as Exhibit A, below.

4. The government does not agree to the relief sought.

I declare under penalty of perjury that the above is true and correct and that his declaration is executed at Los Angeles, California, on May 3, 2024.

/s/ Michael H. Artan

_____

Michael H. Artan

# ORDER

Based on the above application and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's self-surrender date is confirmed as May 8, 2024.

**IT IS SO ORDERED.**

DATED:  May 8, 2024.

CHIEF UNITED STATES DISTRICT JUDGE